IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DONNIE G. RUBELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:10-CV-164-O |
| | § | |
| FED EX GROUND PACKAGE SYSTEM, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 6) and noting that no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly;

(1) this case is dismissed with prejudice; and

(2) Plaintiff Donnie G. Rubell is prohibited from filing any new suit in any federal court without first obtaining permission from the judge of said court to file the same and without first paying the full filing fee and providing proper financial security for all other court costs. The Clerk of this Court is directed to transmit a copy of this order to the clerk of every federal district court in Texas.

**SO ORDERED** on this **30th** day of **November, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**